JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHALON ADVENTURES, INC.,** a California corporation d.b.a El Matador<br>　　　　　Plaintiff,<br>**vs.**<br>**FULLERTON LOUNGE, INC.,** A California Corporation d.b.a. MATADOR CANTINA<br>　　　　　Defendant. | **Case No. 8:18-cv-01565-JLS-ADS**<br><br>**JUDGMENT** |

**JUDGMENT**

Based upon the failure of Defendant FULLERTON LOUNGE, INC., a California corporation d.b.a. MATADOR CANTINA to respond to the Complaint (Doc. 1) and the default as to Defendant FULLERTON LOUNGE, INC., a California corporation d.b.a. MATADOR CANTINA being duly entered by the Clerk of the Court on November 1, 2018,

///

///

1

**IT IS ORDERED, ADJUDGED AND DECREED**:

That JUDGMENT is awarded in favor of Plaintiff CHALON ADVENTURES, INC., a California corporation d.b.a. El MATADOR, and against Defendant, FULLERTON LOUNGE, INC., a California corporation d.b.a. MATADOR CANTINA as follows:

1. That defendant FULLERTON LOUNGE, INC., a California corporation d.b.a. MATADOR CANTINA, and its respective officers, agents, servants, employees, attorneys, and all other persons in active concert or participation with any of them, are permanently enjoined and restrained from the use of the mark and trade name "MATADOR CANTINA", or any such mark or trade name that are confusingly similar to the mark and trade name "El Matador" owned by Plaintiff.

2. That defendant FULLERTON LOUNGE, INC., a California corporation d.b.a. MATADOR CANTINA and its respective officers, agents, servants, employees, attorneys, and all other persons in active concert or participation with any of them, are further permanently enjoined and restrained from the use of any and all products, service material, advertisements, promotions and other materials in their possession, custody or control utilizing the Mark or Trade Name "MATADOR CANTINA", or such confusingly similar name that infringes upon plaintiffs Marks and Trade Name of "El Matador".

3. For costs according to a Memorandum of Costs to be filed in accordance with the Federal Rules of Civil Procedure and Local Rules.

Dated: March 07, 2019

_____
Hon. Josephine L. Staton
United States District Judge