DocuSign Envelope ID: 2E0E8D1B-D7A1-4E4D-82B0-3468E096D027

J. Cranor Richter, Esq.
**Law Offices of J. Cranor Richter**
950 South Coast Drive, Suite 270
Costa Mesa, California 92626
Telephone:   714-556-3888
Facsimile:   714-556-4228
Email:   jcrpvt@sbcglobal.net

Attorneys for Plaintiff, CHALON ADVENTURES, INC., a California corporation

Thomas A. Fasel, Esq.
**FASEL LAW**
610 Newport Center Drive, Suite 810
Newport Beach, California 92660

Telephone:   (949) 706-3188
Facsimile:   (949) 706-7002
Email:   tal@fasellaw.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| CHALON ADVENTURES, INC., a California corporation d.b.a. El Matador, <br><br> Plaintiff, <br><br> vs. <br><br> FULLERTON LOUNGE, a California corporation d.b.a. MATADOR CANTINA <br><br> Defendant. | Case No. 8:18-cv-01565-JLS-ADSx <br><br> APPLICATION FOR COURT ORDER SEEKING DISMISSAL OF ENTIRE ACTION WITH COURT RETAINING JURISDICTION OVER PERFORMANCE OF SETTLEMENT AGREEMENT AND STIPULATION FOR ENTRY OF JUDGMENT <br><br> [Filed Concurrently with Proposed Order] |

Stipulation Re: Dismissal and Retaining Court Jurisdiction

Plaintiff, CHALON ADVENTURES, INC., a California corporation d.b.a. El MATADOR and FULLERTON LOUNGE, INC., a California corporation d.b.a. MATADOR CANTINA, hereby jointly applies to this court for an Order Dismissing the within action with the court retaining Jurisdiction to Enforce performance of Settlement Agreement and Stipulation for Entry of Judgment as follows:

## RECITALS

**WHEREAS**, from 1966 through the date of this Settlement and Release Agreement EL MATADOR has been continuously operating as a Mexican Food Restaurant in the State of California at 1768 Newport Blvd., Costa Mesa, California 92627 using the name of "EL MATADOR";

**WHEREAS,** on June 31, 2005 CHALON filed its Fictitious Business Name Statement (File No. 20056031959, refiled the same on May 18, 2010 as File No. 20106231065 and again on September 11, 2015 as File No. 20156418515) setting forth its Fictitious Business Name as "EL MATADOR", "EL MATADOR RESTAURANT", "MATADOR" and/or "MATADOR RESTAURANT".

**WHEREAS**, on November 21, 2017 Plaintiff was issued a Service Mark in the name of "EL MATADOR" (Registration Number 5,337,754, Int. Cl.: 43 - Cocktail lounges; Restaurant services) in the Principal Register by the United States Patent and Trademark Office. (Ser. No. 85-084,569, Filed 07-14-2010 with First Use determined to be 1966 and "in-commerce" also determined to be in 1966);

**WHEREAS**, on or about early 2008 defendant Fullerton Lounge, Inc. commenced operating a Mexican Food Restaurant and Bar called the "Matador Cantina" and later the "Matador Cantina y Cocina";

---

Stipulation Re: Dismissal and Retaining Court Jurisdiction

DocuSign Envelope ID: 2E028DVB-01AF-424D-8280-846BE096D027

1        **WHEREAS**, on or about August 31, 2018 plaintiff filed its complaint for False Designation of Origin and Unfair Competition under 15 U.S.C. §§ 1117 and 1125(a); Trade Name Infringement under 15 U.S.C. §1125; Unfair Competition and False Advertising under 15 U.S.C. §§ 1125(a); Unfair Competition and False Advertising under Cal Bus. & Prof. Code §§ 17200 and 17500 et seq. and Common Law Trademark Infringement and Unfair Competition as Amended on November 25, 2019 seeking injunctive relief against Defendant. and disgorgement of Profits resulting from the use the Matador Trademark and/or Service

       **WHEREAS**, each of the parties hereto are desirous of seeking a resolution of The controversies raised by the various actions and disputes currently existing between the parties hereto and have entered into a Settlement Agreement which calls for performance over a Period not to exceed three (3) years.

       **WHEREAS**, pursuant to the terms of a written Settlement Agreement the Parties have provided that should defendant default in the performance of the terms of the Settlement Agreement a Stipulation for Entry of Judgment shall be immediately entered upon application to the court.

       **NOW THEREFORE**, both plaintiff and defendant hereby Stipulate and Agree, and hereby request as follows:

       1.0    **COURT TO RETAIN JURISDICTION**: At the time of the Pronouncement of the settlement to the court, the court is hereby requested to dismiss the entire action, **RETAINING JURISDICTION** over the enforcement of the Settlement and Stipulated Judgment to be entered in the event of any default. At the discretion of the court, this matter may be placed upon the Omnibus Calendar for dismissal or enforcement of judgment as provided for herein.

1     2.0    **EVENT OF DEFAULT**: In the event of default Plaintiff may, after Providing ex-parte notice of intent to move for entry of judgment, request that the court enter judgment pursuant to the Settlement Agreement and Stipulation for Entry of Judgment.

    3.0    **DISMISSAL OF RETAINED JURISDICTION**: Immediately upon full performance of the obligations provided by the Settlement Agreement, each party shall cooperate in causing a dismissal of the Retained Jurisdiction over the action by the Court.

    4.0    **FILING STIPULATION OF AGREED JUDGMENT**: Plaintiff shall not file the Stipulation for Entry of Judgment, until there has been a default under the Stipulation which is not cured within the period provided in the Settlement Agreement and Stipulation for Entry of Judgment.

    5.0    **ENTRY OF JUDGMENT**:

In the event Defendant defaults under the terms and conditions of this Stipulation, which is not cured within the period provided therein, judgment may be entered forthwith, by plaintiff or Plaintiffs' attorneys filing a declaration, upon ex parte notice to Defendant. Said declaration shall set forth the acts and/or obligations of Defendant which describe any default not cured and which serve as a basis for the judgment being entered.

    6.0    Notices:

**NOTICES TO PLAINTIFF:**

Gregory McConaughy
**Chalon Adventures, Inc.**
2005 Yacht Mischief
Newport Beach, CA 92660
Email: gmcx2002@yahoo.com

---

Stipulation Re: Dismissal and Retaining Court Jurisdiction

AND TO:

J. Cranor Richter, Esq.
**LAW OFFICES OF J. CRANOR RICHTER**
950 South Coast Drive, Suite 270
Costa Mesa, CA 92526

Telephone: 714-556-3888
Email: jcrpvt@sbcglobal.net

**NOTICES TO DEFENDANT:**

Mario Marovic
Fullerton Lounge, Inc.
334 E. Coast Highway, #418
Corona Del Mar, CA 92625
Email: mario@loungegroup.com

AND TO:

Thomas A. Fasel, Esq.
**FASEL LAW**
610 Newport Center Drive, Suite 810
Newport Beach, California 92660

Telephone: 949-706-7002
Email: taf@fasellaw.com

**SO STIPULATED:**

PLAINTIFF:

Dated: 3-9-21

CHALON ADVENTURES, INC., a California corporation

By: _____
Gregory S. McConaughy, president

Stipulation Re: Dismissal and Retaining Court Jurisdiction

1 | DEFENDANT:

Dated: 3/4/2021

FULLERTON LOUNGE, INC., a California corporation

By: _____
Mario Marovic, president

APPROVED AS TO FORM AND CONTENT:

Dated: 3-9-21

LAW OFFICES OF J. CRANOR RICHTER

By: _____
J. Cranor Richter, Esq., Attorney for Plaintiff, Chalon Adventures, Inc., a California corporation

Dated: 3/3/2021

FASEL LAW

By: _____
Thomas A. Fasel, Esq., Attorney for FULLERTON LOUNGE, INC., a California corporation

Stipulation Re: Dismissal and Retaining Court Jurisdiction