JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| CHALON ADVENTURES, INC., a California corporation d.b.a. El Matador,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FULLERTON LOUNGE, a California corporation d.b.a. MATADOR CANTINA<br>　　　　Defendant. | Case No. 8:18-cv-01565-JLS-ADSx<br><br>ORDER DISMISSING ACTION AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT AND STIPULATION FOR ENTRY OF JUDGMENT |

1 | Upon reading the Application of Plaintiff, **CHALON ADVENTURES, INC. a California corporation d.b.a. El Matador,** and Defendant **FULLERTON LOUNGE, a California corporation d.b.a. MATADOR CANTINA,** and with good cause appearing thereof,

**IT IS ORDERED AS FOLLOWS**:

That the within action is hereby dismissed with the court specifically retaining jurisdiction to enforce the terms of the Settlement Agreement and Stipulation for Entry of Judgment between the parties hereto. (*See* Doc. 53.)

Dated: March 29, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

Order Dismissing Action and Retaining Jurisdiction to Enforce Settlement